JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALDANA, | Case No. CV 13-6671 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ADP, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 17th day of December, 2013.

/s/
Fernando M. Olguin
United States District Judge