JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ALDANA, | Case No. CV 13-6671 FMO (JCx) |
| Plaintiff, | |
| v. | |
| ADP, INC., | **JUDGMENT** |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 8th day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge